UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ANDREW M. CARROLL
427 N. Packard St.
Hammonton, NJ 08037
AMC/0842

Order Filed on January 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Williams, John and Thao

Case No.: 18-10010

Adv. No.:

Judge Michael B. Kaplan

ORDER GRATING MOTION TO
APPROVE LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED:** January 29, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:
Case No.: 18-1001
Caption of Order: Order Granting Motion to approve loan modification

---

This matter having been brought before the Court by the debtor's attorney, Andrew M. Carroll, on Notice of Motion, and the debtor having provided Notice of said Motion to the interested creditors, and to the United States Trustee, the Chapter 13 Trustee and all interested parties having had an opportunity to be heard, the Court having reviewed the moving papers and all responses thereto, and for good cause shown the loan modification proposed by the parties in the present case is hereby approved.

**IT IS FURTHER ORDERED** that the debtor shall serve a copy of this Order on all interested parties within five (5) days of the entry hereof.