UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ANDREW M. CARROLL
427 N. Packard St.
Hammonton, NJ 08037
AMC/0842

Order Filed on January 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Williams, John and Thao

Case No.: 18-10010

Adv. No.:

Judge Michael B. Kaplan

ORDER GRATING MOTION TO
APPROVE LOAN MODIFICATION

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 29, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:
Case No.: 18-1001
Caption of Order: Order Granting Motion to approve loan modification

---

This matter having been brought before the Court by the debtor's attorney, Andrew M. Carroll, on Notice of Motion, and the debtor having provided Notice of said Motion to the interested creditors, and to the United States Trustee, the Chapter 13 Trustee and all interested parties having had an opportunity to be heard, the Court having reviewed the moving papers and all responses thereto, and for good cause shown the loan modification proposed by the parties in the present case is hereby approved.

**IT IS FURTHER ORDERED** that the debtor shall serve a copy of this Order on all interested parties within five (5) days of the entry hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-10010-MBK
John Williams                                                            Chapter 13
Thao Williams
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1                  Date Rcvd: Jan 29, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2019.
db/jdb         +John Williams,   Thao Williams,   2016 South Central Avenue,   Plainfield, NJ 07080-3621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Andrew M. Carroll    on behalf of Joint Debtor Thao  Williams AndrewCarrollEsq@gmail.com
              Andrew M. Carroll    on behalf of Debtor John  Williams AndrewCarrollEsq@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
               on behalf of HSI ASSET SECURITIZATION CORPORATION TRUST 2006-HE2 FHA/VA/RHS: Nationstar Mortgage
               LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6