UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: _____ |
|---|---|
|  | Judge: _____ |
|  | Chapter: 13 |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. ❏  I am not required to pay domestic support obligations, or

   ❏  I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

   ❏  I am required to pay domestic support obligations, but have not paid all amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is: _____
_____
_____ .

4. The name and address of my current employer is (enter NONE if not currently employed):
_____
_____
_____.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _____      _____
                                                                    Debtor's Signature

**NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.**

*Rev. 1/1/08*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____ |
|---|---|---|
| | Judge: | _____ |
| | Chapter: | 13 |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. ❏ I am not required to pay domestic support obligations, or

   ❏ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

   ❏ I am required to pay domestic support obligations, but have not paid all amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is: _____
   _____
   _____ .

4. The name and address of my current employer is (enter NONE if not currently employed):
   _____
   _____
   _____.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _____         _____
                                                Debtor's Signature

**NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.**

*Rev. 1/1/08*